**June 26, 2006**

| 26082 | Nursall v. Nakamura | . | Affirmed |
| 26971 | State v. Yuen | | Affirmed |